1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MANOLO REYES

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No.2:12-mj-00085 EFB
                                  )
12           Plaintiff,           ) STIPULATION AND ORDER
                                  ) TO CONTINUE PRELIMINARY
13     v.                         ) EXAMINATION
                                  )
14 MANOLO REYES,                  )
                                  ) Date:  May 18, 2012
15           Defendant.           ) Time:  2:00 p.m.
                                  ) Judge: Hon. Carolyn K. Delaney
16 _____)

17
          It is hereby stipulated between the parties, DAVID PETERSEN,
18
   Assistant United States Attorney, attorney for plaintiff, and DOUGLAS
19
   BEEVERS, Assistant Federal Defender, attorney for defendant MANOLO REYES,
20
   that the Preliminary Hearing date of April 27, 2012 be vacated and a new
21
   Preliminary Hearing date of May 18, 2012 at 2:00 p.m. be set., pursuant
22
   to Federal Rule of Criminal Procedure 5.1 (d).
23
          Good cause exists to extend the time for the preliminary hearing
24
   within meaning of Rule 5.1 (d) because the Government needs additional
25
   time to complete its initial investigation of the defendant's alleged
26
   sale of drugs and firearms. In addition, the parties request additional
27
   time to negotiate a pre-indictment resolution to this matter.
28

IT IS STIPULATED that the period from the signing of this Order, up to and including May 18, 2012 be excluded in computing the time within which trial must commence under the Speedy Trial Act. The parties stipulate and agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: April 24, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

---
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MANOLO REYES

Dated: April 24, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen

---
DAVID PETERSEN
Special Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED** that the Court finds good cause to extend the Preliminary Hearing from April 27, 2012, to May 18, 2012, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1 (d). Based upon the representations and stipulations of the parties, the court finds that time be excluded under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel)and the ends of justice

Stipulation/Order -2-

outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth under 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv). Accordingly, time under the Speedy Trial Act shall be excluded from the date of the parties stipulation, April 24, 2012, up to and including May 18, 2012.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation/Order -3-